387-12/ROSS
**FREEHILL HOGAN & MAHAR, LLP**
*Attorneys for Plaintiff*
A.P. MOLLER-MAERSK A/S
80 Pine Street
New York, NY  10005
(212) 425-1900 / (212) 425-1901 (Fax)
James L. Ross, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.P. MOLLER-MAERSK A/S                    12 CIV. 7166 (AT)

                Plaintiff,        **SATISFACTION OF JUDGMENT**

  -against-

AGX INTERMODAL, INC., and
J.P. INTERMODAL HOLDINGS, INC.
d/b/a AGX INTERMODAL, INC.,

                Defendant.
------------------------------------------------------------X

    WHEREAS, a Judgment was entered on the docket on March 14, 2014 in favor of Plaintiff, A.P. MOLLER-MAERSK A/S ("MAERSK") in the subject action in the total amount of $47,921.25; and

    WHEREAS, the above referenced Judgment has been fully satisfied and it being certified that there are no outstanding executions with any Sheriff or Marshal; and

    THEREFORE, a full and complete satisfaction of the Judgment is hereby acknowledged on behalf of MAERSK and the Clerk of the Court is hereby authorized and directed to make entry of a full and complete satisfaction on the docket of the Judgment.

419468.1

Dated: New York, New York
       June 26, 2014

FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Plaintiff*
A.P. MOLLER-MAERSK A/S

By: *[signature]*
James L. Ross
80 Pine Street
New York, NY 10005
(212) 425-1900 Tel.
(212) 425-1901 Fax
ross@freehill.com

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP
*Attorneys for Defendants*
AGX INTERMODAL, INC., and
J.P. INTERMODAL HOLDINGS, INC.
d/b/a AGX INTERMODAL, INC

By: *[signature]*
James A. Wescoe
The Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 368-8102 Tel.
jwescoe@wglaw.com